UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:
Daniel Roddy Sebald Bankruptcy Case No. 15-21322
Sheila Marie Sebald Chapter 13
 Honorable Daniel Opperman

_____ Debtors/

## CERTIFICATE OF COMPLIANCE FOR PROOF OF INSURANCE FOR SECURED CREDITORS

I hereby certify that on July 8, 2015, I served by first class mail the debtors' proof of insurance upon:

1. Credit Union One, 400 East 9 Mile Road, Ferndale, MI 48220-1769

 */s/ Erika Bristow*
 Erika Bristow an employee of
 Reinert & Reinert
 3434 Davenport
 Saginaw, MI 48602
 Telephone (989) 799-8860
 Facsimile (989) 799-8861
 mchurch@mcreinert.com